IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHERMAN D. NOBLE                                                                                           PETITIONER

v.                                            NO. 5:15CV00296 JLH/BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                                                RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, Sherman D. Noble's 28 U.S.C. § 2254 petition for writ of habeas corpus is DENIED and DISMISSED, without prejudice.

IT IS SO ORDERED this 19th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE